| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Carl R. Gustafson, Bar #254881<br>2258 Monument Blvd.<br>Pleasant Hill, CA 94523<br>TELEPHONE NO: 800-722-6578   FAX NO (Optional): 800-584-6826<br>E-MAIL ADDRESS (Optional): help@lincolnlaw.com<br>ATTORNEY FOR (Name): Francisco Carlon Sr. | |

United States Bankruptcy Court
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 1300 Clay St.
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland Division

CASE NAME:
Bankruptcy- Debtor Francisco Carlon, Sr.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER<br>10-71825 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name):  makes the following substitution:

1. Former legal representative   ☐ Party represented self   ☑ Attorney (name) Caelo T. Marroquin
2. New legal representative   ☐ Party is representing self*   ☑ Attorney
   a. Name: Carl R. Gustafson
   b. State Bar No. (if applicable): 254881
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   Lincoln Law, LLP, 2258 Monument Blvd. Pleasant Hill, CA 94523

   d. Telephone No. (include area code): 800-722-6578

3. The party making this substitution is a   ☐ plaintiff   ☐ defendant   ☐ petitioner   ☐ respondent   ☑ other (specify):
Debtor: Francisco Carlon, Sr.

---
**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---
**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: January 6, 2011
   Francisco Carlon, Sr.
   (TYPE OR PRINT NAME)   (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: January 6, 2011
   Caelo T. Marroquin
   (TYPE OR PRINT NAME)   (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: January 6, 2011
   Carl R. Gustafson
   (TYPE OR PRINT NAME)   (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)   Page 1 of 2

Form Adopted For Optional Use
[Rev. January 1, 2009]
SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)
Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov